■ In the Matter of SAUL RADOW and HELAINE BRICK, Disbarred Attorneys. [601 NYS2d 791] —Motion for reargument granted, and upon reargument vacatur, modification or stay of orders of this Court, denied in its entirety. Concur—Murphy, P. J., Milonas, Rosenberger, Kassal and Rubin, JJ.